**Order filed March 19, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00676-CR
_____

**RENDRICK ANTHONY CHEEKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 232nd District Court
Harris County, Texas
Trial Court Cause No. 1328385**

## ORDER

On January 2, 2013, court-appointed counsel, J. Sidney Crowley, filed an *Anders* brief in this appeal. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). On February 5, 2013, appellant made known to this court his desire to review the record and file a *pro se* response to the *Anders* brief.

Accordingly, on February 7, 2013, this court ordered the Harris County District Clerk's office to furnish appellant a copy of the record. On March 4, 2013, appellant advised this court that he had not received the record and he requested additional time to file his *pro se* response, which the court granted. On March 5, 2013, the Harris County District Clerk advised this court as follows:

> The Appellate record for the defendant listed above was checked out to the defense attorney James S. Crowley on 11-20-12. We have tried numerous times to retrieve the record but according to the defense attorney he has misplaced it so therefore, we are unable to comply with the order from this court.

Accordingly, this court will copy the record and mail it to appellant. In connection with our providing a copy of the record to appellant, we **ORDER JAMES SIDNEY CROWLEY** to pay to the clerk of this court the cost of the copies in the amount of $184.00 on or before **April 1, 2013.** Alternatively, if counsel locates the missing record, he may return it to the clerk of this court, who will return it to the District Clerk, within the time for payment of the charge for copies, or by **April 1, 2013.** If James Sidney Crowley fails to comply with this order, the court will consider issuance of an order for him to appear and show cause why he should not be held in contempt of court for failing to comply with our order.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Boyce and Donovan.